**Doris P. JENKINS, Plaintiff–Appellant,**

v.

**VIRGINIA ALCOHOLIC CONTROL BOARD; Anne P. Petera; Clater C. Mottinger; Clarence W. Roberts; C. Wilson Jones, Defendants–Appellees.**

No. 00–2356.

United States Court of Appeals, Fourth Circuit.

Submitted March 27, 2001.

Decided April 18, 2001.

Gary L. Bengston, Gary L. Bengston, P.C., Danville, VA, for appellant. Martha M. Parrish, Assistant Attorney General, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Doris Jenkins appeals the district court's grant of summary judgment against her on a claim filed under Title I of the Americans with Disabilities Act (ADA), 42 U.S.C.A. §§ 12101–12117 (West1995). Having reviewed the record and the district court's opinion, we conclude that the district court did not err in holding that Jenkins was not disabled under the ADA. The court properly relied on our decisions in *Williams v. Channel Master Satellite Sys., Inc.,* 101 F.3d 346, 349 (4th Cir.1996), and *Halperin v. Abacus Tech. Corp.,* 128 F.3d 191, 200 (4th Cir.1997), to hold that Jenkins's lifting restriction is not a significant restriction on her ability to perform a major life activity. Jenkins's efforts to distinguish those holdings are not convincing.

Nor does the record support Jenkins's claim that her employer regarded her as having a disability under the ADA, 42 U.S.C.A. § 12101(2)(C). *See Sutton v. United Air Lines, Inc.,* 527 U.S. 471, 489, 119 S.Ct. 2139, 144 L.Ed.2d 450 (1999). Therefore, we affirm the ruling of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*